N.D.N.Y.
16-cv-917
Kahn, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand twenty-three.

Present:
> Raymond J. Lohier Jr.,
> Steven J. Menashi,
> Beth Robinson,
> > *Circuit Judges*.

---

E.I. DuPont De Nemours and Company,

> *Petitioner*,

v.                                                                                    22-2616

Michele Baker, individually and on behalf of all others similarly situated, et al.,

> *Respondents*.

---

Petitioner requests, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting class certification. Petitioner also moves for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

